This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO** ex rel.
**HUMAN SERVICES DEPARTMENT,**
**STATE OF CALIFORNIA, and**
**CASSANDRA CRUZ,**

     Plaintiff-Appellee,

v.                                          **NO. 33,251**

**JESSIE FOX,**

     Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Mark T. Sanchez, District Judge**

State of New Mexico
New Mexico Human Services Department
Joan McMahon
Hobbs, NM

for Appellee

Ching Law Firm
Alexander B. Ching
Hobbs, NM

for Appellant

# MEMORANDUM OPINION

**KENNEDY, Chief Judge.**

{1}     Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}     **REVERSED.**

{3}     **IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Chief Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**LINDA M. VANZI, Judge**